1046

[No. 47557-0-II.   Division Two.   June 28, 2016.]

*In the Matter of the Marriage of* GREGORY LACKEY,
*Appellant*, and CAROLYNN LACKEY, *Respondent*.

Appeal from a judgment of the Superior Court for Clark
County, No. 10-3-02863-1, Daniel L. Stahnke, J., entered
April 10, 2015. *Affirmed* by unpublished opinion per
Worswick, J., concurred in by Bjorgen, C.J., and Maxa, J.

[No. 48418-8-II.   Division Two.   June 28, 2016.]

*In the Matter of the Personal Restraint of* MICHAEL JAMES
CANTY, *Petitioner*.

Petition for relief from personal restraint. *Granted* and
*remanded with instructions* by unpublished opinion per
Maxa, J., concurred in by Bjorgen, C.J., and Sutton, J.

[No. 33218-7-III.   Division Three.   June 28, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIK JON CSIZMAZIA,
*Appellant*.

Appeal from a judgment of the Superior Court for Klick-
itat County, No. 14-1-00164-1, Brian P. Altman, J., entered
March 16, 2015. *Affirmed* by unpublished opinion per
Lawrence-Berrey, A.C.J., concurred in by Siddoway and
Pennell, JJ.

[No. 33420-1-III.   Division Three.   June 28, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN GEORGE
HYRNIAK, *Appellant*.

Appeal from a judgment of the Superior Court for Klick-
itat County, No. 14-1-00063-6, Brian P. Altman, J., entered
June 1, 2015. *Reversed* and *remanded with instructions* by
unpublished opinion per Lawrence-Berrey, J., concurred in
by Fearing, C.J., and Pennell, J.